IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                              RESPONDENT

v.                                           No. 1:10-CR-10004
                                             No. 1:12-CV-1086

ROBERT E. KING                                                                              MOVANT

## ORDER

Before the Court is Robert King's Motion to Vacate Prior Order and for De Novo Review of Objection to Report and Recommendation. (ECF No. 150). In response to King's motion, the Government filed a Motion to Dismiss Defendant's Motion to Vacate (ECF No. 152) asking that King's motion be denied as moot. King has filed a reply. (ECF No. 155).

On February 5, 2013, this Court adopted (ECF No. 135) the Report and Recommendation of the magistrate and denied King's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 102). The Court also dismissed King's companion civil case, Case No. 1:12-CV-1086. When the Court adopted the Report and Recommendation, we recognized that King had not filed objections to Report and Recommendation and that the time do so had passed. Twenty-two days after the Court's Order was issued, King filed a Motion for Reconsideration. (ECF No. 137). King claimed that he never received the Report and Recommendation and therefore was unable to file timely objections. He requested that the Court's previous Order be vacated; that he be sent another copy of the Report and Recommendation; and that his time to file objections be extended. The Court did not vacate its order at that time but did extend King's time to file objections and re-sent the Report and Recommendation. (ECF No. 141). On February 18, 2014,

King's objections were timely filed. (ECF No. 146). On April 9, 2014, the Court considered King's objections, conducted a *de novo* review of Judge Bryant's Report and Recommendation, and once again adopted the Report and Recommendation denying King's Motion (ECF No. 102) to Vacate, Set Aside, or Reduce Sentence. (ECF No. 147).

On November 19, 2014, King filed the present motion. It appears from the motion that King has not read or did not receive the Court's April 9 order in which the Court conducted a *de novo* review of the Report and Recommendation at issue. In the motion, he asks the Court to conduct a *de novo* review of his objections to the Report and Recommendation. The Court has already done so. Accordingly, the Court finds that King's motion (ECF No. 150) should be and hereby is **DENIED AS MOOT**. The clerk is directed to terminate the Government's motion to dismiss King's motion (ECF No. 152).[1] The Clerk is directed to re-send the Court's April 9, 2014 Order (ECF No. 147) along with a copy of this order.

IT IS SO ORDERED, this day 3rd day of February, 2015.

/s/ Harry F. Barnes
Harry F. Barnes
Senior United States District Judge

---

[1] The Court has construed the Government's filing at ECF No. 152 as a response to King's motion and not as an independent motion.